**SELF INITIATED AMENDMENT**

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

CHAMBERS OF
JOHN G. HEYBURN II
UNITED STATES DISTRICT JUDGE

UNITED STATES COURTHOUSE
LOUISVILLE, KY 40202
(502) 625-3620

May 21, 2010

Mr. George Reynolds
Administrative Office of the U.S. Courts
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.W.
Room 2-323
Washington, DC 20544

Re:    Self-Initiated Amendment to 2009 Financial Disclosure Report

Dear Mr. Reynolds:

Please consider this letter as a self-initiated amendment to my 2009 Financial Disclosure Report. I would ask that this letter and the amendment contained in it be made a part of my 2009 report for disclosure purposes.

My 2009 Financial Disclosure Report (Section VII, line 65) shows that a trust, designated MPS Trust, contained assets described as BP PLC ADR as of January 1, 2010. On May 13, 2010, the entirety of my interest in BP PLC ADR were sold from that account.

Thank for your attention to this matter.

Sincerely,

Heyburn II, John G.

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| Rev. 1/2010 | FOR CALENDAR YEAR 2009 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HEYBURN II, JOHN G. | U.S.D.C.KENTUCKY WESTERN | 04/29/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2009 <br> to <br> 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 239 U.S. Courthouse <br> Louisville, KY 40202 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Charitable Foundation - H |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 04/29/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar Association | October 16, 2009 | New Orleans, LA | Symposium Speaker | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 04/29/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One Visa | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 04/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I.S. Trust | D | Dividend | | | | | | | |
| 2. F.F.S. Trust | C | Dividend | | | | | | | |
| 3. HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 4. Hilliard-Lyon Gov't Fd. | | | L | T | | | | | |
| 5. Banco Bilbao Vizcaya | | | | | Sold | 03/25/09 | J | B | |
| 6. Berkshire Hathaway-B | | | L | T | | | | | |
| 7. Chevron | | | K | T | | | | | |
| 8. Exxon Mobil | | | L | T | | | | | |
| 9. Growth Fd. Of America | | | M | T | | | | | |
| 10. HILLIARD LYONS TRUSTEE (IRA)-Hilliard-Lyon Gov't Fd. | D | Dividend | N | T | | | | | |
| 11. 10a. Growth Fd. of America | | | | | Sold | 3/25/09 | M | E | |
| 12. Invest.Co.of Am. | | | | | Sold | 3/25/09 | L | E | |
| 13. Smallcap Wld.Fd. | | | | | Sold | 3/25/09 | L | E | |
| 14. Hilliard Lyons Growth Fd | | | M | T | Buy | 3/25/09 | M | | |
| 15. Bond Fd of America | | | M | T | Buy | | M | | |
| 16. OTHER INVESTMENTS | | | | | | | | | |
| 17. Hilliard-Lyon Gov't Fd. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 04/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amazon | A | Dividend | J | T | | | | | |
| 19. American Tower Corp | A | Dividend | J | T | | | | | |
| 20. Apple Inc. | A | Dividend | K | T | | | | | |
| 21. Berkshire Hathaway | A | Dividend | M | T | Sold | 6/25/09 | J | B | |
| 22. Bristol Myers Squibb | C | Dividend | L | T | | | | | |
| 23. Brown Forman Inc. | A | Dividend | L | T | | | | | |
| 24. Chevron Corp. | B | Dividend | M | T | | | | | |
| 25. Citadel Broadcasting | A | Dividend | | | Sold | 3/9/09 | J | B | |
| 26. Clorox Co. | A | Dividend | L | T | | | | | |
| 27. Colgate Palmolive | A | Dividend | L | T | | | | | |
| 28. Costco | A | Dividend | K | T | | | | | |
| 29. Daktronics, Inc. | A | Dividend | | | Sold | 8/20/09 | J | B | |
| 30. Disney Co. | A | Dividend | K | T | | | | | |
| 31. Ebay Inc. | | | | | sold | 3/9/09 | K | B | |
| 32. Emerson Electric Co. | A | Dividend | J | T | | | | | |
| 33. Exxon Mobil | B | Dividend | M | T | | | | | |
| 34. General Electric Co. | B | Dividend | L | T | Sold | 12/21/09 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 04/29/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. GlaxoSmithKline PLC * (W) | A | Dividend | K | T | | | | | |
| 36. Goldman Sachs | A | Dividend | J | T | | | | | |
| 37. Growth Fd. Of America | A | Dividend | L | T | | | | | |
| 38. Hilliard Lyons Growth | B | Dividend | K | T | | | | | |
| 39. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 40. Johnson and Johnson | A | Dividend | M | T | | | | | |
| 41. Kimberly-Clark Corp | A | Dividend | K | T | | | | | |
| 42. McGraw-Hill Cos. | A | Dividend | | | Sold | 12/19/09 | K | C | |
| 43. Medtronic Inc. | A | Dividend | K | T | | | | | |
| 44. Merck and Co. | A | Dividend | K | T | | | | | |
| 45. Microsoft | A | Dividend | M | T | Sold | 3/9/09 | J | A | |
| 46. Moodys | A | Dividend | K | T | | | | | |
| 47. Pepsico | A | Dividend | J | T | Buy | 3/9/09 | J | | |
| 48. Powershares Global Exch. | A | Dividend | K | T | Buy | 6/1/09 | K | | |
| 49. Proctor & Gambill | B | Dividend | M | T | | | | | |
| 50. Schlumberger Ltd (W) | A | Dividend | L | T | | | | | |
| 51. Starbucks Corp. | A | Dividend | | | Sold | 3/9/09 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 04/29/2010 |

## VII. INVESTMENTS and TRUSTS – income, value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income. assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SY Bank Corp. | A | Dividend | | | Sold | 3/24/09 | K | B | |
| 53. US Wireless ●nline, Inc. | A | Dividend | J | T | | | | | |
| 54. Walgreen Company | A | Dividend | K | T | | | | | |
| 55. Wyeth, formerly Amer.Home Prod. | C | Dividend | | | Sold | 12/14/09 | L | ● | |
| 56. Zimmer Hldgs | A | Dividend | | | Sold | 12/14/09 | K | C | |
| 57. TRUST - (HRH Tr.) | D | Dividend | N | T | | | | | |
| 58. Baird Bond Fund | | | | | | | | | |
| 59. Blackrock Fd. | | | | | | | | | |
| 60. Gen.Elect. | | | | | | | | | |
| 61. Ishares Tr. | | | | | | | | | |
| 62. JP Morgan Co. | | | | | | | | | |
| 63. TRUST (MPS Tr.) - Armanda Money Mkt.Fd. | D | Dividend | N | T | | | | | |
| 64. Ky. Tax Exempt Money Fd | | | | | | | | | |
| 65. BP PLC ADR | | | | | | | | | |
| 66. Coca Cola Co | | | | | | | | | |
| 67. General Electric | | | | | | | | | |
| 68. GlaxoSmithKline PLC | | | | | | | | | |

1. Income Gain Codes:    A =$1.000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 04/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Honeywell Intl. | | | | | | | | | |
| 70. Johnson & Johnson | | | | | | | | | |
| 71. McGraw-Hill Co. | | | | | | | | | |
| 72. Nokia Corp. | | | | | | | | | |
| 73. Proctor & Gamble | | | | | | | | | |
| 74. Schlumberger Ltd. | | | | | | | | | |
| 75. Texas Instruments | | | | | | | | | |
| 76. CHARITABLE FOUNDATION - (JGH Fd.) | C | Dividend | | | | | | | |
| 77. 73a. Hilliard Lyons Growth | | | | | Sold | 5/20/09 | J | A | |
| 78. ING ReliaStar Ins.Co. Universal Life Policy | | | N | V | | | | | |
| 79. MONY Whole Life | | | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 04/29/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 04/29/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544